UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __19-3885__

Case Title: __Brendan Berger__ vs. __National Board of Medical Examiners__

List all clients you represent in this appeal:

> **Brendan Berger**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __August T. Janszen__    Signature: s/ __August T. Janszen__

Firm Name: __The Janszen Law Firm__

Business Address: __4750 Ashwood Drive, Suite 201__

City/State/Zip: __Cincinnati, OH 45241__

Telephone Number (Area Code): __(513) 326-9065__

Email Address: __atjanszen@janszenlaw.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---