UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **19-3885**

Case Title: **Brendan Berger** vs. **National Board of Medical Examiners**

List all clients you represent in this appeal:

**National Board of Medical Examiners**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Robert A. Burgoyne**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Erin D. French**                Signature: s/ **Erin D. French**

Firm Name: **Vorys, Sater, Seymour and Pease LLP**

Business Address: **301 E. 4th St., Suite 3500**

City/State/Zip: **Cincinnati, OH 45202**

Telephone Number (Area Code): **513-723-4022**

Email Address: **edfrench@vorys.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---