UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __19-3885__    Case Manager: __Antoinette Macon__

Case Name: __Berger v. National Board of Medical Examiners ("NBME")__

Is this case a cross appeal? ☐ Yes ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
  Case Name: _____ Citation: _____
  Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> Defendant-Appellant NBME brings this appeal against Plaintiff-Appellee Brendan Berger.
>
> The primary issue NBME proposes to raise is whether the District Court improperly granted a mandatory preliminary injunction in Plaintiff-Appellee's favor.

This is to certify that a copy of this statement was served on opposing counsel of record this __3rd__ day of __October__, __2019__.

__Erin D. French__
Name of Counsel for Appellant