OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO  45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

PAUL B. CALICO
 *Chief Circuit Mediator*
ROD M. MCFAULL
ROBERT S. KAISER
KATHRYN L. WOLLENBURG

TELEPHONE (513) 564-7330
FAX (513) 564-7349

October 10, 2019

Erin Dwyer French
August T. Janszen

Re:  *Brendan Berger v. National Board of Medical* CA No. 19-3885

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the in-person mediation conference currently set for October 17, 2019, has been rescheduled for

**November 19, 2019 at 10:00 a.m.
EASTERN TIME**.

Please report to Room 331, Potter Stewart U.S. Courthouse, Fifth and Walnut Streets, Cincinnati, Ohio.  A photo ID **is required** for entry to the Courthouse.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:     Kathryn L. Wollenburg

**NOTE:**     The Mediation Background Information Forms are now due **November 12, 2019**, if not already submitted.