# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BRENDAN BERGER,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>   Defendant-Appellant. | No. 19-3885 |

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEFS**

Pursuant to Fed. R. App. P. 26 and 6th Cir. R. 26(a)(1), and for reasons that follow, Plaintiff-Appellee Brendan Berger ("Mr. Berger") and Defendant-Appellant National Board of Medical Examiners (NBME) respectfully requests a 30-day extension for the filing of each party's opening brief.

1. This case involves, among other claims, a claim under the Americans with Disabilities Act brought by a medical student seeking extra testing time on the United States Medical Licensing Examination, or "USMLE." NBME administers the USMLE program.

2. The pending appeal is from a preliminary injunction entered on August 27, 2019, which ordered NBME to allow Mr. Berger to take one of the USMLE exams with extra testing time. Mr. Berger is scheduled to take that exam, with extra testing time, on November 18 and 19, 2019.

3. Appellant's opening brief is currently due on December 3, 2019. The brief for the Appellee is currently due on January 2, 2020.

4. Appellant and Appellee request a 30-day extension of time in which to file their briefs based upon scheduling conflicts of counsel. NBME's lead counsel is working on a federal court appeal in which oral argument will be held on November 4, 2019; is assisting on a brief that is due

in another federal court of appeals on November 8; and has an expedited preliminary injunction hearing in federal district court on December 3 (the current due-date for Appellant's opening brief), with multiple depositions and other work in preparation for the hearing. Mr. Berger's lead counsel is out of the country from December 12 through December 20 on a trip that was arranged prior to the docketing of the pending appeal and will be returning just prior to year-end holidays (Appellee's brief is currently due on January 2, 2020).

5. Neither party has previously requested an extension of the briefing schedule.

## CONCLUSION

The parties request a 30-day extension of time in which to file their briefs, with Appellant's reply brief due no later than 21 days after Appellee's brief is filed.

Dated: October 28, 2019                    Respectfully submitted,

/s/ Erin D. French                                   /s/ Charles Weiner
Erin D. French (0090813)                     August T. Janszen
Vorys, Sater, Seymour and Pease LLP   The Janszen Law Firm
301 East Fourth Street, Suite 3500         4750 Ashwood Drive, Suite 201
Cincinnati, Ohio 45202                          Cincinnati, OH 45241
Phone: 513-723-4022                            Phone: 513-326-9065
Email: edfrench@vorys.com                  atjanszen@janszenlaw.com

*Attorney for Defendant NBME*              Charles Weiner
                                                            Law Office Of Charles Weiner
                                                            Cambria Corporate Center
                                                            501 Cambria Avenue Bensalem, PA 19020
                                                            Phone: 267-685-6311
                                                            charles@charlesweinerlaw.com

                                                            *Attorneys for Plaintiff-Appellee*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 28, 2019, I filed and served the foregoing Joint Motion for an Extension of Time with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system.  I also certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.


              _____/s/ Charles Weiner_____