OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

PAUL B. CALICO
 *Chief Circuit Mediator*
ROD M. MCFAULL
ROBERT S. KAISER
KATHRYN L. WOLLENBURG

TELEPHONE (513) 564-7330
FAX (513) 564-7349

November 13, 2019

Erin Dwyer French
August T. Janszen
Charles Weiner

Re:  *Brendan Berger v. National Board of Medical Examiners,* CA No. 19-3885

## MEDIATION CONFERENCE RESCHEDULE NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the in-person mediation conference previously set for November 19, 2019, has been rescheduled as a **TELEPHONE** mediation conference for **December 9, 2019**, at **2:00 p.m. EASTERN TIME**. You should allow at least two-hours for the telephone conference. The Court will place the calls to the number provided in the Mediation Background Information Form, which you are required to submit by **December 2, 2019**.

The dependability and sound quality of traditional land-line telephones has proved to be superior to that of cell phones, so we encourage participants to use land lines for mediation conferences, whenever possible. In a change from our prior policy, however, we now permit the use of cell phones where the use of a land line is not possible or would be unduly inconvenient. In such situations, the use of cell phones is permitted, subject to the following conditions:

1. The battery should be sufficiently charged to complete a two-hour call;
2. The participant must be in a private location with minimal background noise;
3. The participant's location must have an adequate cellular connection, to minimize the chances of the call being dropped; and
4. The participant must remain in a fixed location. **The use of a cell phone in mediation conferences while driving is strictly prohibited**.

The primary purpose of this conference will be to try to reach a settlement of this litigation. In order to achieve that purpose, it will be necessary for counsel to participate with clients or client representatives who have full authority to exercise their judgment on the client's behalf in making and responding to all settlement offers.

        Sincerely,
        /s/
        Connie A. Weiskittel
        Mediation Administrator

cc:     Kathryn L. Wollenburg