OFFICE OF THE CIRCUIT MEDIATORS
**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| ROD M. MCFAULL | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| ROBERT S. KAISER | | |
| KATHRYN L. WOLLENBURG | | |

December 9, 2019

Erin Dwyer French
August T. Janszen
Charles Weiner

    Re:  *Brendan Berger v. National Board of Medical Examiners,*  CA No. 19-3885

Dear Counsel:

    Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the briefing schedule for this appeal has been extended. <u>The briefs must be filed electronically with the Clerk's Office no later than these dates</u>. The modified schedule is as follows:

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by <u>February 3, 2020</u>** |
| Appellee's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by <u>March 6, 2020</u>** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed, only one reply may be filed by appellants represented by the same attorney. The reply brief is due no later than **21** days after the last appellee brief is filed. See Fed. R. App. P. 26(c). |

    For more detailed information concerning the filing of electronic briefs**, please refer to your initial briefing letter sent to you from the Clerk's Office.**

    The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's Office <u>before</u> you file your briefs.

                                                       Sincerely,
                                                       /s/
                                                       Kathryn L. Wollenburg

lmr
cc:    Antoinette Macon, Case Manager