OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | 100 EAST FIFTH STREET | |
|---|---|---|
| PAUL B. CALICO | | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| ROD M. MCFAULL | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| ROBERT S. KAISER | | |
| KATHRYN L. WOLLENBURG | | |

January 8, 2020

Erin Dwyer French
August T. Janszen
Charles Weiner

    Re:  *Brendan Berger v. National Board of Medical Examiners,*  CA No. 19-3885

Dear Counsel:

    Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the Appellee shall contact the Mediator either by phone at 513-564-7330 or email at Kathryn_Wollenburg@ca6.uscourts.gov no later than **January 17, 2020** to provide his response to Appellant's current proposal.

                                  Sincerely,

                                  /s/

                                Kathryn L. Wollenburg

lmr