OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO<br>*Chief Circuit Mediator*<br>ROD M. MCFAULL<br>ROBERT S. KAISER<br>KATHRYN L. WOLLENBURG | 100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202-3988<br>CA06-MEDIATION@CA6.USCOURTS.GOV | TELEPHONE (513) 564-7330<br>FAX (513) 564-7349 |

January 30, 2020

Erin Dwyer French
August T. Janszen
Charles Weiner

Re:   *Brendan Berger v. National Board of Medical Examiners,* CA No. 19-3885

## MEDIATION CONFERENCE NOTICE
## FOLLOW-UP

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this is to advise that a follow-up **telephone** mediation conference has been scheduled for **February 5, 2020**, at **11:00 a.m.** EASTERN **TIME** with Kathryn Wollenburg and Counsel only.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:   Kathryn L. Wollenburg