OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| PAUL B. CALICO | 331 POTTER STEWART U.S. COURTHOUSE | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | 100 EAST FIFTH STREET | FAX (513) 564-7349 |
| ROD M. MCFAULL | CINCINNATI, OHIO 45202-3988 |  |
| ROBERT S. KAISER | CA06-MEDIATION@CA6.USCOURTS.GOV |  |
| KATHRYN L. WOLLENBURG |  |  |

February 11, 2020

Erin Dwyer French
August T. Janszen
Charles Weiner

    Re:  *Brendan Berger v. National Board of Medical Examiners,* CA No. 19-3885

Dear Counsel:

    Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the Appellant is instructed to submit a Status Report by **February 28, 2020**.

    Please submit the Status Report **directly to the Mediation Office** by email to Kathryn_Wollenburg@ca6.uscourts.gov . (If you do not have email access, you can fax the report to **513-564-7349**.)  The Mediation Office will acknowledge receipt of the report on the docket and notify counsel of the next due date.  **Please do NOT file the Status Report with the Clerk of Court**.

    Thank you for your continued cooperation.

                                            Sincerely,

                                            /s/

                                          Kathryn L. Wollenburg

lmr

cc:    Antoinette Macon, Case Manager