OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| PAUL B. CALICO | **331 POTTER STEWART U.S. COURTHOUSE** | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | **100 EAST FIFTH STREET** | FAX (513) 564-7349 |
| ROD M. MCFAULL | **CINCINNATI, OHIO 45202-3988** | |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@ca6.uscourts.gov | |

March 2, 2020

Erin Dwyer French
August T. Janszen
Charles Weiner

    Re:  *Brendan Berger v. National Board of Medical Examiners,* CA No. 19-3885

Dear Counsel:

This is to acknowledge receipt of the Status Report. Thank you for your continued cooperation.

                    Sincerely,

                    /s/

                    Kathryn L. Wollenburg

lmr

cc:    Antoinette Macon, Case Manager