OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| PAUL B. CALICO | 331 POTTER STEWART U.S. COURTHOUSE | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | 100 EAST FIFTH STREET | FAX (513) 564-7349 |
| ROD M. MCFAULL | CINCINNATI, OHIO 45202-3988 |  |
| ROBERT S. KAISER | CA06-MEDIATION@CA6.USCOURTS.GOV |  |
| KATHRYN L. WOLLENBURG |  |  |

March 4, 2020

Robert A. Burgoyne
Charles Weiner

    Re:  *Brendan Berger v. National Board of Medical Examiners,* CA No. 19-3885

## **MEDIATION CONFERENCE NOTICE**
## **FOLLOW-UP**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this is to advise that a follow-up **telephone** mediation conference has been scheduled for **March 9, 2020**, at **2:00 p.m.** EASTERN TIME with Kathryn Wollenburg, Charles Weiner and Robert Burgoyne only.

                                            Sincerely,

                                            /s/

                                            Connie A. Weiskittel
                                            Mediation Administrator

cc:    Kathryn L. Wollenburg
        Erin Dwyer French
        August T. Janszen