### IN THE UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BRENDAN BERGER,<br><br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant-Appellant. | No. 19-3885 |

### ***EXPEDITED* MOTION FOR AN EXTENSION OF BRIEFING SCHEDULE**

Defendant-Appellant National Board of Medical Examiners ("NBME") respectfully requests a 60-day extension for the filing of each party's opening brief to allow the district court time to rule on a motion that may moot the instant appeal. NBME's brief is currently due on April 3. Plaintiff-Appellee Brendan Berger's ("Berger") brief is currently due on May 6, 2020. In light of the upcoming brief deadlines, NMBE requests an expedited ruling on the instant motion.

On March 6, 2020, NBME filed a Motion to Lift Stay and to Vacate the Court's Preliminary Injunction of August 27, 2019 (Doc. 42) (the "Motion"), attached hereto as **Exhibit A**. The district court's preliminary injunction was based upon a finding that Berger would suffer irreparable harm if he could not take the United States Medical Licensing Examination (USMLE) Step 2 CK exam last Fall with double the testing time afforded to other examinees. During the expedited preliminary injunction hearing and motion practice, Berger argued that, to avoid his alleged irreparable harm, it was essential that he test by August 28, 2019, so that he could participate in the 2020 National Residency Matching Program ("Match").

In light of new facts, NBME's Motion requests that the district court vacate the preliminary injunction. Specifically, six months have passed since the district court granted Berger's motion

for preliminary injunction. Berger, however, has yet to take the USMLE Step 2 CK exam. He is currently scheduled to take Step 2 CK on March 21 and 23, 2020, which is *after* the deadline for late registration for the 2020 Match (which occurs in March 2020) and for verifying eligibility credentials, including passage of the Step 2 CK exam. Thus, he will not be participating in the 2020 Match.

Preliminary injunctions are supposed to be "drastic" and "extraordinary" remedies, granted only to prevent imminent and non-speculative irreparable harm, and only upon a "clear showing that the plaintiff is entitled to such relief." *See Winter v. Nat'l Res. Def. Council,* 555 U.S. 7, 22 (2008). NBME's Motion argues that the new, post-ruling facts regarding Berger's testing schedule demonstrate that Berger faced no irreparable harm if he did not take the Step 2 CK exam last Fall. Contrary to what he alleged and what the district court relied upon in granting him a mandatory preliminary injunction, he did not risk irreparable harm if he did not participate in the 2020 Match and he faces no such irreparable harm now. The preliminary injunction should, therefore, be vacated and the parties should proceed with discovery in the district court. NBME has requested an indicative ruling to this effect from the district court pursuant to Fed. R. Civ. P. 62.1(a)(3).

The primary issue in this appeal is whether the district court improperly granted the August 27, 2019 preliminary injunction in Berger's favor. (*See* Doc. 8 at PageID 1). If the district court states that it would vacate the preliminary injunction upon a remand for that purpose from this Court, the appeal will become moot. A 60-day extension of the briefing schedule should allow for motion practice and a decision on the Motion in the district court. Berger will not be prejudiced by the requested extension, because he will able to take the Step 2 CK exam in the meantime with the accommodations awarded in the preliminary injunction (recognizing, of course, that his score

might later be invalidated because the district court vacates the preliminary injunction as having been improvidently granted, or because this Court vacates the preliminary injunction on appeal).

For the foregoing reasons, NBME respectfully requests that the Court enter the following extended briefing schedule:

|  | Current Deadline | **Proposed Extended Deadline** |
|---|---|---|
| **Appellant's Brief** | April 3, 2020 | **June 2, 2020** |
| **Appellee's Brief** | May 6, 2020 | **July 6, 2020** |

Plaintiff has indicated that he will oppose any extension of the briefing schedule.

Dated:  March 11, 2020                                    Respectfully submitted,

/s/ Erin D. French
Erin D. French (0090813)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 11th day of March 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Erin D. French
Erin D. French