#### IN THE UNITED STATES COURT OF APPEALS
#### FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BRENDAN BERGER,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　　Defendant-Appellant. | No. 19-3885 |

### NOTICE OF INDICATIVE RULING

Pursuant to Federal Rule of Appellate Procedure 12.1, Defendant-Appellant National Board of Medical Examiners ("NBME") hereby notifies the Clerk of the United States Court of Appeals for the Sixth Circuit of the district court's order granting NBME's motion for an indicative ruling, attached hereto and discussed below.

The district court granted Plaintiff-Appellee Brendan Berger's motion for a preliminary injunction on August 27, 2019. NBME appealed that ruling. On March 6, 2020, NBME moved to vacate the preliminary injunction order (which is the basis for NBME's pending appeal to this Court), given a change in factual circumstances since the order was granted. In the attached May 4, 2020 order, the district court granted NBME's motion for an indicative ruling. Concluding that "NBME's motion raises a substantial issue under Fed. R. Civ. P. 62.1(a)(3)," the district court "would consider the substantial issue raised in defendant NBME's motion if the Sixth Circuit were to remand the case for this purpose."

NBME was directed to notify the Clerk of its ruling.

- 2 -

Dated:  May 5, 2020                              Respectfully submitted,

/s/ Erin D. French
Erin D. French (0090813)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Counsel for Defendant NBME

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on the 5th day of May 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               /s/ Erin D. French
               Erin D. French