No. 19-3885
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Brendan Berger | : |
| Plaintiff-Appellee, | : |
| | : |
| | : MOTION FOR VOLUNTARY |
| v. | : DISMISSAL |
| | : |
| National Board of Medical Examiners | : |
| Defendant-Appellant | : |

In accordance with discussions held under Rule 33, the Appellant respectfully moves the court to dismiss this appeal pursuant to 42(b), Federal Rules of Appellate Procedure.

Erin D. French (0090813)

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all counsel of record have been electronically served with this document as the date of filing.